1

2

3

4

5

6

7                                                               The Honorable Richard A. Jones

8                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                      AT SEATTLE

10   THE INSTITUTE OF CETACEAN
     RESEARCH, a Japanese research
11   foundation; KYODO SENPAKU                    No. C11-2043 RAJ
     KAISHA, LTD., a Japanese corporation;
12   TOMOYUKI OGAWA, an individual; and           DECLARATION OF JOHN F. NEUPERT
     TOSHIYUKI MIURA, an individual,              IN OPPOSITION TO DEFENDANTS'
13                                                MOTION FOR PROTECTIVE ORDER
                          Plaintiffs,
14          v.

15   SEA SHEPHERD CONSERVATION
     SOCIETY, an Oregon nonprofit
16   corporation, and PAUL WATSON, an
     individual,
17
                          Defendants.
18   _____

19   SEA SHEPHERD CONSERVATION
     SOCIETY, an Oregon nonprofit
20   corporation,

21                        Counterplaintiff,
            v.
22
     THE INSTITUTE OF CETACEAN
23   RESEARCH, a Japanese research
     foundation; KYODO SENPAKU
24   KAISHA, LTD., a Japanese corporation;
     and HIROYUKI KOMURA, an individual,
25
                          Counterdefendants.
26   _____

DECLARATION OF JOHN F. NEUPERT IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 1
(C11-2043 RAJ)

PDXDOCS:1989841.3

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

1    I, John F. Neupert, hereby declare as follows:

2        1.    I am an attorney with Miller Nash LLP, the attorneys of record for

3    plaintiffs and for counterdefendants The Institute of Cetacean Research and Kyodo Senpaku

4    Kaisha, Ltd., in this case.  I make this declaration in opposition to Defendants' Motion for

5    Protective Order Regarding Depositions Scheduled January 28-30, 2013, filed on January 15,

6    2013 (Dkt. No. 120).  I am competent to testify to the matters stated herein and either have

7    personal knowledge of the facts set forth below or they are from sources deemed reliable.

8        2.    Attached as Exhibit 1 is a copy of Plaintiffs' Notice of Depositions, served

9    on January 9, 2013, giving notice of plaintiffs' intent to take the depositions of various

10   representatives of defendant Sea Shepherd Conservation Society ("SSCS") on January 28, 29,

11   and 30, 2013, in Seattle, Washington.  After learning that deponent No. 2 (Kurt Lieber) is no

12   longer with SSCS, I informed defendants' counsel that he was withdrawn from the notice.

13       3.    On May 11, 2012, we served Plaintiffs' "Second" Request to Defendants

14   for Production of Documents and Things on defendants.  Attached as Exhibit 2 is an excerpted

15   copy of defendants' responses to Plaintiffs' "Second" Request to Defendants for Production of

16   Documents and Things.

17       4.    Attached as Exhibit 3 is what used to appear as the front page of the SSCS

18   website at http://www.seashepherd.org.  The website would display a summary page of various

19   operations of SSCS that would roll one to the other.  One of them was what is pictured in

20   Exhibit 3 that describes the ZERO TOLERANCE campaign as comprised of "Four Ships, Four

21   Captains, 120+ Crew, UAV Drones, Helicopter, Small Boats, New Tactics, Thousands of

22   Supporters."  It appears that the website has been changed to remove Exhibit 3 and certain other

23   material that links SSCS to the current campaign in the Southern Ocean.  This change appears to

24   have been made approximately January 16, 2013, or so because when I visited the website on or

25   about that time, Exhibit 3 no longer appeared on the site.  Prior to this change, Exhibit 3 had

26   been on the front page of the SSCS site for months.

DECLARATION OF JOHN F. NEUPERT IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 2
(C11-2043 RAJ)

PDXDOCS:1989841.3

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

1          5.      Attached as Exhibit 4 is a copy of a webpage printed from SSCS's website

2  regarding its Board of Directors, which is available online at http://www.seashepherd.org/who-

3  we-are/board-of-directors.html (last visited Jan. 17, 2013).

4          6.      Neither plaintiffs nor defendants have pursued discovery in the district

5  court with much vigor, while the parties awaited a decision from the U.S. Court of Appeals for

6  the Ninth Circuit on plaintiffs' appeal of this Court's order denying plaintiffs' motion for

7  preliminary injunction.

8          7.      Because plaintiffs were concerned about potential confrontations in the

9  current season, on December 6, 2012, plaintiffs filed their motion to expedite disposition of

10  appeal in the U.S. Court of Appeals for the Ninth Circuit.  Within a matter of an hour or two of

11  defendants filing their opposition to the motion, the Ninth Circuit issued its injunction pending

12  decision of plaintiffs' appeal, which is the Order filed in the Western District of Washington on

13  December 17, 2012, as Docket No. 118.

14          8.      On December 31, 2012, the last day for requesting reconsideration of the

15  injunction Order, defendants filed an 18-page Motion for Reconsideration Regarding Injunction

16  Pending Appeal, together with the supporting declaration of Charles P. Moure and exhibits

17  (9th Cir. Dkt. Nos. 32 & 33).

18          9.      On January 7, 2013, the U.S. Court of Appeals for the Ninth Circuit issued

19  a one-page Order (9th Cir. Dkt. No. 34) in appeal case number 12-35266, stating only

20  "Sea Shepherd Conservation Society's motion for reconsideration is denied."

21          10.      On January 8, 2013, the day after the Ninth Circuit issued its Order

22  denying SSCS's motion for reconsideration, I telephoned Dan Harris, one of defendants' counsel,

23  to discuss scheduling the depositions of SSCS personnel during the week of January 28, 2013.  I

24  left a message for him to call me.  When he did not call me back, at the end of the day

25  (January 8), I sent him an e-mail, a copy of which is attached to Mr. Moure's declaration as

26  Exhibit A (Dkt. No. 120-3).  Not having received a response to my earlier telephone call or my

DECLARATION OF JOHN F. NEUPERT IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 3
(C11-2043 RAJ)

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

1    e-mail, near the end of the business day on January 9, 2013, I again attempted to reach

2    Mr. Harris by telephone.  Neither he nor Mr. Moure was available, so after waiting awhile for a

3    returned call, I issued on January 9, 2013, the notice of deposition attached as Exhibit 1.  This

4    series of events is reflected in the e-mails attached to Mr. Moure's declaration as Exhibits A

5    and B (Dkt. No. 120-3).

6            11.    Attached as Exhibit 5 is a copy of web postings from SSCS's website,

7    indicating that Marnie Gaede was appointed president of SSCS on or about January 7, when

8    defendant Paul Watson supposedly "resigned" to simply become an "observer."  Mr. Watson also

9    supposedly resigned as "captain" of the STEVE IRWIN.

10           12.    Attached as Exhibit 6 is a transcript of a portion of the audio of

11   Paul Watson's interview with Anna Tremonti of CBC/Radio-Canada on January 14, 2013, as

12   posted on the Internet at Anna Maria Tremonti, *The Current: A Plan to Stop an Antarctic Whale*

13   *Hunt: Paul Watson* (CBC/Radio-Canada broadcast, feature interview, Jan. 14, 2013), available at

14   http://www.cbc.ca/thecurrent/episode/2013/01/14/a-plan-to-stop-an-antarctic-whale-hunt-paul-

15   watson/, at approximately 3:42-5:17 (last visited Jan. 17, 2013).  The excerpted transcript was

16   prepared by my office for the convenience of the Court and parties.

17           13.    Attached as Exhibit 7 is a copy of a witness statement of Paul Watson

18   dated April 12, 2012, in the proceeding between *Fish & Fish Limited and (1) Sea Shepherd UK;*

19   *(2) Sea Shepherd Conservation Society; (3) Paul Watson*, Claim No. 2011 461, in the High Court

20   of Justice, Queen's Bench Division, Admiralty Court, United Kingdom.

21           14.    Attached as Exhibit 8 is a copy of the Sea Shepherd Volunteer Crew

22   Application as obtained from SSCS's website at http://www.seashepherd.org/documents/get-

23   involved/crew_application_01.pdf (last visited Jan. 22, 2013).  On page 1 of the application

24   form, under "Volunteer Crewmember Application Qualifications," it states that applicants "must

25   be a Sea Shepherd member" to be eligible.

26

DECLARATION OF JOHN F. NEUPERT IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 4
(C11-2043 RAJ)

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

1         15.    In his declaration in support of defendants' motion for protective order,

2    Mr. Moure does not state when he is traveling to Florida or how that impacts the depositions.

3    Insofar as I am aware, the only witness from California who must travel to be deposed is SSCS's

4    new president, Marnie Gaede.

5         Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

6    is true and correct.

7         Executed on this 22nd day of January, 2013, in Portland, Oregon.

8

9             s/ John Neupert

10            John F. Neupert

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JOHN F. NEUPERT IN OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER - 5
(C11-2043 RAJ)

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

1            I hereby certify that on January 22, 2013, I electronically filed the foregoing

2    Declaration of John F. Neupert in Opposition to Defendants' Motion for Protective Order with

3    the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

4    the following:

5            Daniel P. Harris
        dan@harrismoure.com

6            Charles P. Moure
        charles@harrismoure.com

7            Rachel E. Buker
        rachel@harrismoure.com

8            HARRIS & MOURE, PLLC
        600 Stewart Street, Suite 1200

9            Seattle, Washington  98101
        Telephone:  (206) 224-5657

10           Fax:  (206) 224-5659
        *Attorneys for Defendants and Counterplaintiff*

11

12           DATED this 22nd day of January, 2013.

13

14           By:      s/ John Neupert
        John F. Neupert, P.C. #39883

15           *Of Attorneys for Plaintiffs and Counterdefendants*
        *The Institute of Cetacean Research and Kyodo*

16           *Senpaku Kaisha, Ltd.*

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1
(C11-2043 RAJ)

PDXDOCS:1989841.3

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699