# Exhibit 1

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI OGAWA, an individual; and TOSHIYUKI MIURA, an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation, and PAUL WATSON, an individual,<br><br>　　　　　Defendants. | No. C11-2043 RAJ<br><br>PLAINTIFFS' NOTICE OF DEPOSITIONS |
| SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation,<br><br>　　　　　Counterplaintiff,<br>　　v.<br><br>THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; and HIROYUKI KOMURA, an individual,<br><br>　　　　　Counterdefendants. | |

PLAINTIFFS' NOTICE OF DEPOSITIONS - 1
(C11-2043 RAJ)

PDXDOCS:1988904.2

**MILLER NASH** LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

**Exhibit 1 - Page 1 of 4**

1         PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, plaintiffs will take the depositions of the persons described below at the law offices of Harris & Moure, PLLC, 600 Stewart Street, Suite 1200, Seattle, Washington 98101. Each deposition will follow completion of the preceding deposition.

| | Person | Date | Time |
|---|---|---|---|
| 1. | Marnie Gaede, president of Sea Shepherd Conservation Society | January 28, 2013 | 9:00 a.m. |
| 2. | Kurt Lieber, treasurer of Sea Shepherd Conservation Society | January 28, 2013 | 1:00 p.m. |
| 3. | Sea Shepherd Conservation Society's designee(s) with respect to matter Nos. 1 and 2 below | January 29, 2013 | 9:00 a.m. |
| 4. | Sea Shepherd Conservation Society's designee(s) with respect to matter No. 3 below | January 29, 2013 | 1:00 p.m. |
| 5. | Sea Shepherd Conservation Society's designee(s) with respect to matter No. 4 below | January 30, 2013 | 9:00 a.m. |
| 6. | Sea Shepherd Conservation Society's designee(s) with respect to matter No. 5 below | January 30, 2013 | 1:00 p.m. |

        Pursuant to Fed. R. Civ. P. 30(b)(6), Sea Shepherd Conservation Society shall designate one or more officers, directors, or managing agents or designate other persons who consent to testify on its behalf with respect to the following matters:

        1.     Defendants' "actual plans for the current season" as referenced in Defendants-Appellees' Motion for Reconsideration Regarding Injunction Pending Appeal (9th Cir. Dkt. No. 32-1) at 5.

        2.     All steps taken by defendants to ensure compliance with the Ninth Circuit's order issued December 17, 2012 (9th Cir. Dkt. No. 31) ("Order").

        3.     The relationship between or among defendants and Sea Shepherd Australia Limited, Stichting Sea Shepherd Conservation Society, and Sea Shepherd UK.

PLAINTIFFS' NOTICE OF DEPOSITIONS - 2
(C11-2043 RAJ)

PDXDOCS:1988904.2

MILLER NASH LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

**Exhibit 1 - Page 2 of 4**

1   4.  All funds, supplies, or property furnished by defendants to anyone to
2   oppose plaintiffs' activities in the Southern Ocean in the current season (December 2012 through
3   March 2013) or the source of said funds, supplies, or property.
4   5.  Maintenance and posting of material on http://www.seashepherd.org.
5   The oral examinations will be conducted before a court reporter and will be
6   recorded by stenographic and videographic means. Plaintiffs will arrange for the court reporter's
7   and videographer's attendance.
8   The depositions will continue from day to day until adjourned or concluded. You
9   are invited to attend and cross-examine.
10  DATED this 9th day of January, 2013.

By: _____
John F. Neupert, P.C. #39883
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858 or (206) 622-8484
Fax:  (503) 224-0155
E-mail:   john.neupert@millernash.com
*Attorneys for Plaintiffs and Counterdefendants*
*The Institute of Cetacean Research and*
*Kyodo Senpaku Kaisha, Ltd.*

PLAINTIFFS' NOTICE OF DEPOSITIONS - 3
(C11-2043 RAJ)

PDXDOCS:1988904.2

MILLER NASH LLP
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

Exhibit 1 - Page 3 of 4

1    I hereby certify that I served the foregoing Plaintiffs' Notice of Depositions on:

2    Daniel P. Harris
     dan@harrismoure.com
3    Charles P. Moure
     charles@harrismoure.com
4    Rachel E. Buker
     rachel@harrismoure.com
5    HARRIS & MOURE, PLLC
     600 Stewart Street, Suite 1200
6    Seattle, Washington  98101
     Telephone:  (206) 224-5657
7    Fax:  (206) 224-5659
     *Attorneys for Defendants and Counterplaintiff*
8

9    by the following indicated method or methods:

10   ☒    **First-class mail, postage prepaid.**

11

12   ☐    **Hand-delivery.**

13   ☒    **E-mail (as a courtesy only).**

14   DATED this 9th day of January, 2013.

15

16                                    _____
17                                    John F. Neupert, P.C. #39883
                                      *Of Attorneys for Plaintiffs and Counterdefendants*
18                                    *The Institute of Cetacean Research and*
                                      *Kyodo Senpaku Kaisha, Ltd.*
19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1
(C11-2043 RAJ)

**MILLER NASH LLP**
ATTORNEYS AT LAW
PHONE: (503) 224-5858 / FAX: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

PDXDOCS:1988904.2

**Exhibit 1 - Page 4 of 4**