The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI OGAWA, an individual; and TOSHIYUKI MIURA, an individual, <br><br>             Plaintiffs, <br>     v. <br><br> SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation, and PAUL WATSON, an individual, <br><br>             Defendants. | Case No. C11-2043 JLR <br><br> SECOND AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN |
| SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation, <br><br>             Counterplaintiff, <br>     v. <br><br> THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; and HIROYUKI KOMURA, an individual, <br><br>             Counterdefendants. | |

SECOND AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN - 1
(C11-2043JLR)

Pursuant to the Court's Order Staying Case (Dkt. No. 181), the parties to this action, by the undersigned counsel, submit this Second Amended Joint Status Report and Discovery Plan.

1. **Statement of the Nature of the Case:**

PLAINTIFFS' AND DEFENDANTS' RESPONSE:

On December 19, 2014, the Ninth Circuit issued its Opinion on a motion for contempt (9th Cir. Dkt. No. 360) ("Opinion"), holding Defendants in this action (Sea Shepherd Conservation Society ("SSCS") and Paul Watson ("Watson")) and a number of (now former) directors of SSCS ("Directors") in contempt for violations of the injunction it issued December 17, 2012 (9th Cir. Dkt. No. 31) ("Injunction").  The Ninth Circuit issued an order to the Appellate Commissioner to award Plaintiffs their "attorney's fees and costs . . . to compensate the Plaintiffs for bringing and prosecuting this civil contempt proceeding" and to award Plaintiffs "compensation for any actual damages suffered and resources (such as fuel and personnel costs) that were wasted as a result" of the contempt.  Order, 9th Cir. Dkt. No. 362, at 1-2.

In its Opinion, the Ninth Circuit also stated:

> The Plaintiffs' requests for coercive sanctions and an order to compel compliance should be directed to the district court.  Our opinion of February 25, 2013, as amended May 24, 2013, provided that the preliminary injunction "will remain in effect until further order of this court." *Inst. of Cetacean Research*, 725 F.3d at 947.  However, we issued our mandate on June 7, 2013, at which time the district court assumed supervision over the Defendants' present compliance with the preliminary injunction.  While we retain jurisdiction to order remedial relief for acts of contempt that took place prior to the issuance of our mandate, because these coercive sanctions are forward-looking, we believe that policing the Defendants' continuing compliance with the preliminary injunction is better left to the district court, subject to our review on appeal.  This panel retains jurisdiction over all appeals in this case.

Opinion, Dkt. No. 360, at 49.

As a result of this direction from the Ninth Circuit, once the Ninth Circuit issues its mandate, this Court will assume jurisdiction to address Plaintiffs' request for coercive sanctions against Defendants and the Directors.  As noted by the Ninth Circuit, Plaintiffs have requested coercive sanctions of "bonded, suspended sanctions in the amount of $2 million or such amount the court deems appropriate; and . . . an order directing that the Defendants may purge themselves of contempt by seeking in good faith to revoke their grants of property to Sea Shepherd entities."  Opinion, Dkt. No. 360, at 48.

However, one or more of the Directors, SSCS, or Watson may file a petition for rehearing en banc in the Ninth Circuit.  As a result, the stay should remain in place until the Ninth Circuit issues its mandate.  The parties should be directed to file a further status report with this Court ten days after the Ninth Circuit issues its mandate.

**2.    Alternative Dispute Resolution:**

PLAINTIFFS' AND DEFENDANTS' RESPONSE:  Premature for the reasons discussed above.

**3.    Timing of Alternative Dispute Resolution:**

PLAINTIFFS' AND DEFENDANTS' RESPONSE:  Premature for the reasons discussed above.

**4.    Deadline for Joinder of Additional Parties or Claims:**

PLAINTIFFS' AND DEFENDANTS' RESPONSE:  Premature for the reasons discussed above.

**5.    Proposed Discovery Plan:**

**A.    FRCP 26(f) Conference and Initial Disclosures:**

PLAINTIFFS' AND DEFENDANTS' RESPONSE:  Premature for the reasons discussed above.

      **B.**    **Scope of Discovery:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

      **C.**    **Scope and Limitations of Discovery:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

      **D.**    **Discovery Management:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

      **E.**    **Discovery Orders**:

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

**6.**    **Proposed Discovery Deadline:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

**7.**    **Trial Before a United States Magistrate Judge:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:

      The parties do not consent to referring this matter to a Magistrate Judge.

**8.**    **Bifurcation of Case:**

      <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons discussed above.

**9.**    **Dispensing with Pretrial Statements and Orders:**

      <u>PLAINTIFFS' and DEFENDANTS' RESPONSE</u>:

      The requirements of Local Civil Rule 16.1 should be observed in this case.

1   **10.**   **Other Suggestions to Shorten or Simplify Case:**

2   <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons

3   discussed above.

4   **11.**   **Trial:**

5   <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons

6   discussed above.

7   **12.**   **Jury/Non-Jury:**

8   <u>PLAINTIFFS' RESPONSE</u>:  Plaintiffs have not requested a jury trial.

9   <u>DEFENDANTS' RESPONSE</u>:  Defendants will seek a jury trial on all issues that

10  can be tried to a jury.

11  **13.**   **Length of Trial:**

12  <u>PLAINTIFFS' AND DEFENDANTS' RESPONSE</u>:  Premature for the reasons

13  discussed above.

14  **14.**   **Names, Addresses, and Telephone Numbers of Trial Counsel:**

15  **A.**   **Plaintiffs' Counsel:**

16  John F. Neupert, P.C. #39883
    E-mail:  john.neupert@millernash.com

17

18  M. Christie Helmer #41171 (*admitted pro hac vice*)
    E-mail:  chris.helmer@millernash.com

19  MILLER NASH LLP
    111 S.W. Fifth Avenue, Suite 3400
20  Portland, Oregon  97204
    Telephone:  (503) 224-5858 or (206) 622-8484
21

22

23

24

25

26

**B.     Counsel for Defendant Sea Shepherd Conservation Society:**

Defendant Sea Shepherd Conservation Society filed a Stipulation for Withdrawal and Substitution of Counsel on December 24, 2014 (Dkt. No. 202) and a Proposed Order therefor.  Substituted counsel are:

    Douglas W. Greene, WSBA# 22844
    E-mail:  greened@lanepowell.com

    Claire Loebs Davis, WSBA# 39812
    E-mail:  davisc@lanepowell.com

    Kristin Beneski, WSBA# 45478
    E-mail:  beneskik@lanepowell.com

    LANE POWELL PC
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington  98111
    Telephone:  (206) 223-7000

**C.     Counsel for Defendant Paul Watson:**

    Timothy G. Leyh, WSBA# 14853
    E-mail:  timl@calfoharrigan.com

    Charles S. Jordan, WSBA# 19206
    E-mail:  chipj@calfoharrigan.com

    Michelle Buhler, WSBA# 16235
    E-mail:  michelleb@calfoharrigan.com

    CALFO HARRIGAN LEYH & EAKES LLP
    999 Third Avenue, Suite 4400
    Seattle, Washington  98104
    Telephone:  (206) 623-1700

**15.     Service:**

PLAINTIFFS' and DEFENDANTS' RESPONSE:  All current parties, other than counterclaim defendant Hiroyuki Komura, have been served.

/ / /

/ / /

/ / /

/ / /

**16.  Scheduling Conference:**

PLAINTIFFS' and DEFENDANTS' RESPONSE:

Once the Ninth Circuit issues its mandate, the parties request a conference to discuss scheduling in this case.  The conference should include counsel for the Directors.

DATED this 29th day of December, 2014.

By:     s/ John Neupert  
John F. Neupert, P.C. #39883  
MILLER NASH LLP  
111 S.W. Fifth Avenue, Suite 3400  
Portland, Oregon  97204  
Telephone:  (503) 224-5858 or (206) 622-8484  
Fax:  (503) 224-0155  
E-mail:   john.neupert@millernash.com  
*Of Attorneys for Plaintiffs and Counterdefendants The Institute of Cetacean Research and Kyodo Senpaku Kaisha, Ltd.*

By:    s/ Claire Loebs Davis (with consent)  
Claire Loebs Davis #39812  
LANE POWELL PC  
1420 Fifth Avenue, Suite 4200  
P.O. Box 91302  
Seattle, Washington  98111  
Telephone:  (206) 223-7000  
Fax:  (206) 223-7107  
E-mail:   davisc@lanepowell.com  
*Of Attorneys for Defendant/Counterplaintiff Sea Shepherd Conservation Society*

By:    s/ Timothy G. Leyh (with consent)  
Timothy G. Leyh #14853  
CALFO HARRIGAN LEYH & EAKES LLP  
999 Third Avenue, Suite 4400  
Seattle, Washington  98104  
Telephone:  (206) 623-1700  
Fax:  (206) 623-8717  
E-mail:   timl@calfoharrigan.com  
*Of Attorneys for Defendant Paul Watson*

SECOND AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN - 7  
(C11-2043JLR)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2014, I electronically filed the foregoing Second Amended Joint Status Report and Discovery Plan with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas W. Greene
greened@lanepowell.com
Claire Loebs Davis
davisc@lanepowell.com
Kristin Beneski
beneskik@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington  98111
*Attorneys for Defendant/Counterplaintiff Sea Shepherd Conservation Society*

Timothy G. Leyh
timl@calfoharrigan.com
Charles S. Jordan
chipj@calfoharrigan.com
Michelle Buhler
michelleb@calfoharrigan.com
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, Washington  98104
*Attorneys for Defendant Paul Watson*

DATED:  December 29, 2014.

By:      s/ John Neupert
John F. Neupert, P.C. #39883
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858 or (206) 622-8484

*Of Attorneys for Plaintiffs and Counterdefendants The Institute of Cetacean Research and Kyodo Senpaku Kaisha, Ltd.*

PDXDOCS:2055718.4