The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI OGAWA, an individual; and TOSHIYUKI MIURA, an individual,<br><br>    Plaintiffs,<br><br> v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation, and PAUL WATSON, an individual,<br><br>    Defendants.<br><hr><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation,<br><br>    Counterplaintiff,<br><br> v.<br><br>THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; and HIROYUKI KOMURA, an individual,<br><br>    Counterdefendants. | No. C11-2043JLR<br><br>DECLARATION OF JOHN F. NEUPERT IN SUPPORT OF PLAINTIFFS THE INSTITUTE OF CETACEAN RESEARCH, KYODO SENPAKU KAISHA, LTD., AND TOMOYUKI OGAWA'S MOTION TO LIFT STAY AND FOR REMEDIAL SANCTIONS FOR CONTEMPT |

DECLARATION OF JOHN F. NEUPERT IN SUPPORT OF
PLAINTIFFS THE INSTITUTE OF CETACEAN RESEARCH,
KYODO SENPAKU KAISHA, LTD., AND TOMOYUKI OGAWA'S
MOTION TO LIFT STAY AND FOR REMEDIAL SANCTIONS
FOR CONTEMPT - 1
(C11-2043JLR)

70009381.3

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

I, John F. Neupert, hereby declare as follows:

I am an attorney with Miller Nash Graham & Dunn LLP, the attorneys of record for plaintiffs in this case. I make this declaration in support of plaintiffs The Institute of Cetacean Research, Kyodo Senpaku Kaisha, Ltd., and Tomoyuki Ogawa's motion to lift stay and for remedial sanctions for contempt. I am competent to testify to the matters stated herein and either have personal knowledge of the facts set forth below or they are from sources deemed reliable.

1. Attached as Exhibit 1 is the January 2013 grant agreement from Sea Shepherd Conservation Society ("SSCS") to Sea Shepherd Australia Limited ("SSAL"), granting equipment aboard the *Brigitte Bardot*.

2. Attached as Exhibit 2 is the January 12, 2013, grant agreement from SSCS to Stichting Sea Shepherd Conservation Society ("SSN"), granting equipment aboard the *Steve Irwin*.

3. Attached as Exhibit 3 is the January 12, 2013, grant agreement from SSCS to SSN, granting the *Bob Barker*.

4. Attached as Exhibit 4 is the October 4, 2012, agreement for transfer and grant of vessel between SSAL, SSCS, and New Atlantis Ventures, LLC, granting the *Sam Simon*.

5. Attached as Exhibit 5 is the December 21, 2010, grant agreement from SSCS to SSAL, granting the *Brigitte Bardot*.

6. Attached as Exhibit 6 is the March 9, 2012, deed of transfer for the *Steve Irwin*.

7. Attached as Exhibit 7 is the April 12, 2012, first witness statement of Paul Watson ("Watson") in the proceeding between Fish & Fish Limited and Sea Shepherd UK,

DECLARATION OF JOHN F. NEUPERT IN SUPPORT OF
PLAINTIFFS THE INSTITUTE OF CETACEAN RESEARCH,
KYODO SENPAKU KAISHA, LTD., AND TOMOYUKI OGAWA'S
MOTION TO LIFT STAY AND FOR REMEDIAL SANCTIONS
FOR CONTEMPT - 2
(C11-2043JLR)

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70009381.3

1  SSCS, and Watson in the High Court of Justice, Queen's Bench Division, Admiralty Court,

2  Claim No. 2011 461.

3         8.    Attached as Exhibit 8 is plaintiffs' Exhibit 302 from the Ninth Circuit

4  contempt proceedings before Appellate Commissioner Shaw, an April 11, 2013, e-mail string

5  between and among various Sea Shepherd representatives.

6        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

7  is true and correct.

8        Executed on this 5th day of March, 2015, in Portland, Oregon.

9

10

11        s/ John F. Neupert
      John F. Neupert

12

DECLARATION OF JOHN F. NEUPERT IN SUPPORT OF
PLAINTIFFS THE INSTITUTE OF CETACEAN RESEARCH,
KYODO SENPAKU KAISHA, LTD., AND TOMOYUKI OGAWA'S
MOTION TO LIFT STAY AND FOR REMEDIAL SANCTIONS
FOR CONTEMPT - 3
(C11-2043JLR)

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

70009381.3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, I electronically filed the foregoing DECLARATION OF JOHN F. NEUPERT IN SUPPORT OF PLAINTIFFS THE INSTITUTE OF CETACEAN RESEARCH, KYODO SENPAKU KAISHA, LTD., AND TOMOYUKI OGAWA'S MOTION TO LIFT STAY AND FOR REMEDIAL SANCTIONS FOR CONTEMPT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Douglas W. Greene<br>greened@lanepowell.com<br>Claire Loebs Davis<br>davisc@lanepowell.com<br>Kristin Beneski<br>beneskik@lanepowell.com<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>Post Office Box 91302<br>Seattle, Washington  98111<br>*Attorneys for Defendant/Counterplaintiff Sea Shepherd Conservation Society* | Timothy G. Leyh<br>timl@calfoharrigan.com<br>Charles S. Jordan<br>chipj@calfoharrigan.com<br>Michelle Buhler<br>michelleb@calfoharrigan.com<br>CALFO HARRIGAN LEYH & EAKES LLP<br>999 Third Avenue, Suite 4400<br>Seattle, Washington  98104<br>*Attorneys for Defendant Paul Watson* |

I further certify that on the date indicated above, I served the foregoing document on:

| | |
|---|---|
| Mr. David F. Taylor<br>DFTaylor@perkinscoie.com<br>Ms. Kathleen M. O'Sullivan<br>KOSullivan@perkinscoie.com<br>Mr. Zachary P. Jones<br>ZJones@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington  98101-3099<br>*Attorneys for Marnie Gaede, Ben Zuckerman, Lani Blazier, Robert Wintner, and Bob Talbot* | Ms. Kristina S. Bennard<br>kbennard@yarmuth.com<br>Ms. Julia D. Woog<br>jwoog@yarmuth.com<br>Yarmuth Wilsdon PLLC<br>818 Stewart Street, Suite 1400<br>Seattle, Washington  98101<br>*Attorneys for Peter Rieman* |

by the following indicated method or methods:

CERTIFICATE OF SERVICE - 1
(C11-2043JLR)

70009381.3

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | | |
|---|---|---|
| 1 | ☒ | **First-class mail, postage prepaid.** |
| 2 | | |
| 3 | ☐ | **Hand-delivery.** |
| 4 | ☐ | **Overnight courier, delivery prepaid.** |
| 5 | | |
| 6 | ☐ | **E-mail, as a courtesy only.** |

DATED this 5th day of March, 2015.

By: _s/ John F. Neupert_
John F. Neupert, P.C. #39883
*Of Attorneys for Plaintiffs and for Counterdefendants The Institute of Cetacean Research and Kyodo Senpaku Kaisha, Ltd.*

CERTIFICATE OF SERVICE - 2
(C11-2043JLR)

70009381.3

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204