UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSTITUTE OF CETACEAN RESEARCH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, et al.,<br><br>　　　　　Defendants. | CASE NO. C11-2043JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR PERMANENT INJUNCTION |

Based on the records and files herein, and having found that Plaintiffs/Counterclaim Defendants The Institute of Cetacean Research, Kyodo Senpaku Kaisha, Ltd., and Tomoyuki Ogawa ("Plaintiffs") and Defendants/Counterclaim Plaintiffs Sea Shepherd Conservation Society and Paul Watson ("Defendants") have agreed to the relief granted herein pursuant to Federal Rule of Civil Procedure 65(d), the court ORDERS, ADJUDGES, DECREES, AND DECLARES as follows:

ORDER- 1

1  Defendants and any party acting in concert with them are permanently enjoined
2  from physically attacking any vessel engaged by Plaintiffs in the Southern Ocean or from
3  navigating in a manner that is likely to endanger the safe navigation of any such vessel.
4  In no event shall Defendants or any party acting in concert with them approach Plaintiffs
5  any closer than 500 yards when Defendants are navigating on the open sea.
6  Defendants and any party acting in concert with them are also permanently
7  enjoined from providing any money or property for the purposes of funding any physical
8  attacks on any vessel engaged by Plaintiffs in the Southern Ocean or any person on any
9  such vessel, any navigation in a manner that is likely to endanger the safe navigation of
10 any such vessel, or any approach of any such vessel closer than 500 yards in the open sea,
11 including through any entity that is a part of the worldwide "Sea Shepherd" movement
12 and/or uses or has used some version of the "Sea Shepherd" name.
13 On the stipulation of the parties, Defendants are also permanently enjoined from
14 expending, directly or indirectly, any part of the settlement consideration to be paid to
15 Sea Shepherd Conservation Society in the settlement of this action to fund acts enjoined
16 herein as against not only Plaintiffs but those same acts as against third parties anywhere
17 in the world.
18 The court further ORDERS, ADJUDGES, DECREES, and DECLARES that all
19 other claims or counterclaims pending in this action are dismissed with prejudice,
20 including but not limited to the pending counterclaim against Hiroyuki Komiya, who has
21 not been served.
22

ORDER- 2

The court further ORDERS that each party shall bear its own costs and attorney fees incurred in this action.

The court expressly retains jurisdiction to enforce compliance with the Stipulated Permanent Injunction and Final Judgment, the release and settlement agreement between the parties, and the Stipulated Protective Order entered in this case (Dkt. # 325).

Finally, the court ORDERS the parties to provide notice to the Ninth Circuit Court of Appeals of this order and the imminent entry of judgment.

Dated this 23 day of August, 2016.

JAMES L. ROBART
United States District Judge

ORDER- 3