The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE INSTITUTE OF CETACEAN RESEARCH, a Japanese research foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; and TOMOYUKI OGAWA, an individual,<br><br>Plaintiffs,<br>v.<br><br>SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation, and PAUL WATSON, an individual,<br><br>Defendants. | No. C11-2043JLR<br><br>ORDER REGARDING DEFENDANTS' BREACH OF RELEASE AND SETTLEMENT AGREEMENT<br><br>[PROPOSED] |
| SEA SHEPHERD CONSERVATION SOCIETY, an Oregon nonprofit corporation; and PAUL WATSON, an individual,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>THE INSTITUTE OF CETACEAN RESEARCH, a Japanese foundation; KYODO SENPAKU KAISHA, LTD., a Japanese corporation; TOMOYUKI OGAWA, an individual; and HIROYUKI KOMIYA, an individual,<br><br>Counterclaim Defendants. | |

1    This matter comes before the Court on the parties' Stipulated Motion for Entry of
2 Order Regarding Defendants' Breach of Release and Settlement Agreement.
3    Upon consideration of the Motion and based on the records and files herein, and
4 the Court having found that Plaintiffs/Counterclaim Defendants The Institute of Cetacean
5 Research, Kyodo Senpaku Kaisha, Ltd., and Tomoyuki Ogawa ("Plaintiffs") and
6 Defendants/Counterclaim Plaintiffs Sea Shepherd Conservation Society and Paul Watson
7 ("Defendants") have stipulated and agreed as follows:
8    In August 2016, Plaintiffs and Defendants entered into a Release and Settlement
9 Agreement ("Agreement").  By the Agreement, Defendants agreed to keep terms of the
10 Agreement confidential.
11    On August 23, 2016, the Court entered an Order Granting Stipulated Motion for
12 Permanent Injunction ("Order").  Dkt. 346.  In the Order, the Court expressly retained
13 jurisdiction to enforce compliance with the Agreement.
14    On or about February 10, 2017, defendant Paul Watson, Executive Director and
15 member of the board of directors of Sea Shepherd Conservation Society, made a public
16 statement about the Agreement in the midst of a lengthy radio interview that constitutes a breach
17 of the confidentiality provisions of the Agreement.  Defendants maintain that the breach was
18 unintentional, but agree that the statement is a breach of the Agreement and further agree that the
19 Agreement is and shall remain confidential in accordance with its terms.
20    In exchange for this stipulation, Plaintiffs agree that they shall not pursue any
21 other action, remedies, or damages related to the February 10, 2017 breach of the Agreement.
22    Based on the stipulation of the parties and the Court being fully informed, the
23 Court ORDERS, ADJUDGES, DECREES AND DECLARES as follows:
24    Defendants have breached the Agreement as stipulated; and
25 / / / /
26 / / / /

ORDER REGARDING DEFENDANTS' BREACH OF RELEASE
AND SETTLEMENT AGREEMENT - 2
(C11-2043JLR)

EXHIBIT 1 - Page 2 of 3
(C11-2043JLR)

Defendants, and each of them, shall adhere to the terms of the Agreement and shall not further violate its terms or shall be subject to such remedies as the Court may determine are appropriate.

Dated this 24th day of March, 2017.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ John F. Neupert
John F. Neupert, P.C. #39883
MILLER NASH GRAHAM & DUNN LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224 5858 or (206) 624-8300
Fax: (503) 224-0155 or (206) 340-9599
E-mail: john.neupert@millernash.com
*Of Attorneys for Plaintiffs and for Counterclaim Defendants The Institute of Cetacean Research, Kyodo Senpaku Kaisha, Ltd., and Tomoyuki Ogawa*

4840-6572-3972.5

ORDER REGARDING DEFENDANTS' BREACH OF RELEASE
AND SETTLEMENT AGREEMENT - 3
(C11-2043JLR)

EXHIBIT 1 - Page 3 of 3
(C11-2043JLR)